IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED MICHAEL LAMERE,     PLAINTIFF
ADC #100444

V.     4:12-cv-00048-JLH-JTK

BRUCE PENNINGTON, et al.     DEFENDANTS

## ORDER

By Order dated January 30, 2012, this Court directed the issuance of summons and service of Plaintiff's complaint on Defendants (Doc. No. 5). Summons was returned, unexecuted, with respect to Defendant Serena Brawley on February 23, 2012 (Doc. No. 28). Defendants are hereby directed to provide the last-known address for Defendant Brawley, under seal, within ten days of the date of this Order.

IT IS SO ORDERED this 27th day of February, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE