**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

FRED MICHAEL LAMERE,                                                    PLAINTIFF
ADC #100444

4:12-cv-00048-JLH-JTK

BRUCE PENNINGTON, et al.                                              DEFENDANTS

## ORDER

Defendants have responded to the Court's February 27, 2012 Order asking for the last-known address of Defendant Brawley (Doc. No. 32).   Accordingly,

IT IS, THEREFORE, ORDERED that the Clerk of the Court shall prepare summons for the Defendant Serena Brawley, and the United States Marshal is hereby directed to serve a copy of the summons and complaint (Doc. No. 2) on Defendant, at the address set forth in the Defendants' Response (Doc. No. 32), without prepayment of fees and costs or security therefore.

IT IS SO ORDERED this 2nd day of March, 2012.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE