IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED MICHAEL LAMERE,     PLAINTIFF
ADC #100444

v.     No. 4:12CV00048 JLH-JTK

BRUCE PENNINGTON, et al.     DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of those proposed findings and recommendations, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motions for Temporary Restraining Order and Protective Order, which this Court construes as Motions for Preliminary Injunctive Relief, are DENIED. Documents #3, #20.

IT IS SO ORDERED this 10th day of April, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE