**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

FRED MICHAEL LAMERE,                                                    PLAINTIFF
ADC #100444

v.                                   4:12-cv-00048-KGB-JTK

BRUCE PENNINGTON, et al.                                     DEFENDANTS

**<u>ORDER</u>**

This matter is before the Court on Plaintiff's Motion to Compel (Doc. No. 78). Defendants filed a Response to the Motion (Doc. No. 86).

In his Motion, Plaintiff asks the Court to order Defendants to provide him medical records and other documents he previously requested. Specifically, Plaintiff states he did not receive a document referred to by Defendant Shelnut in her interrogatory response #5, and also documents which relate to his disciplinary proceedings and "hole time."

Defendants state they have provided Plaintiff all medical records and his complete jail file on two separate occasions, and ask the Court to deny the Motion.

Based on Defendants' Response that they have provided all documents to Plaintiff, the Court will deny Plaintiff's Motion. However, the Court requests that Defendants double-check their records for the specific documents sought by Plaintiff. If they are located, Defendants shall forward such to Plaintiff, along with notice to the Court. Accordingly,

IT IS, THEREFORE, ORDERED that Plaintiff's Motion to Compel (Doc. No. 78) is DENIED. If more documents (as specified above) are located by Defendants, they shall immediately forward such to the Plaintiff.

IT IS SO ORDERED this 29th day of May, 2012.

                                                      _____
                                                      JEROME T. KEARNEY
                                                      UNITED STATES MAGISTRATE JUDGE