IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED MICHAEL LAMERE,
ADC #100444                                                                                          PLAINTIFF

V.                                          4:12-cv-00048-KGB-JTK

BRUCE PENNINGTON, et al.                                                                  DEFENDANTS

## ORDER

The Court has received from United States Magistrate Judge Jerome T. Kearney proposed findings and recommendations (Dkt. No. 75) regarding defendant Serena Brawley's motion to dismiss (Dkt. No. 57). The Court has also reviewed plaintiff Fred Michael LaMere's combined objections to the recommended disposition and statement of necessity (Dkt. No. 83), as well as Ms. Brawley's response (Dkt. No. 84), and what the Court construes as Mr. LaMere's reply (Dkt. No. 96). After a review of the proposed findings and recommendations regarding Ms. Brawley's motion dismiss, and all filings by Mr. LaMere in response and reply, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendant Serena Brawley's Motion to Dismiss (Dkt. No. 57) is GRANTED, and she is dismissed from Plaintiff's Complaint, for failure to state a claim.

IT IS SO ORDERED this 14th day of August, 2012.

Kristine G. Baker
United States District Judge