IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED MICHAEL LAMERE,
ADC #100444                                                                         PLAINTIFF

v.                      Case No. 4:12-cv-00048-KGB-JTK

BRUCE PENNINGTON, et al.                                    DEFENDANTS

## ORDER

The Court has received from United States Magistrate Judge Jerome T. Kearney proposed findings and recommendations (Dkt. No. 106) regarding the motion for summary judgment filed by defendants Pennington, Birdsong, Richards, McKinney, Lester, Shelnut, and Brown (Dkt. No. 97). The Court has also reviewed defendants' objection to the Magistrate Judge's proposed findings and recommendations and motion to supplement the record (Dkt. No. 112), defendants' brief in support (Dkt. No. 113), defendants' supplemental statement of material facts (Dkt. No. 114), and plaintiff's response to defendants' objections (Dkt. No. 115). After a review of the proposed findings and recommendations regarding defendants' motion for summary judgment, all filings of defendants and plaintiff Mr. LaMere, as well as a *de novo* review of the record, the Court adopts the proposed findings and recommendations in their entirety. The Court denies without prejudice defendants' motion to supplement the record, which is included in defendants' objections to the Magistrate Judge's proposed findings and recommendations (Dkt. No. 112).

IT IS, THEREFORE, ORDERED that defendants' motion for summary judgment be GRANTED in part with respect to plaintiff's allegations against defendants from March 6, 2012, until March 18, 2012, and DENIED with respect to plaintiff's allegations for the time period of December 14, 2011, until March 6, 2012.

SO ORDERED this 20 day of November, 2012.

*Kristine G. Baker*
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE