# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

FRED MICHAEL LAMERE,                                                                                    PLAINTIFF
ADC #100444

v.                                          4:12CV00048-KGB-JTK

BRUCE PENNINGTON, et al.                                                                              DEFENDANTS

## ORDER

Defendants Don Birdsong, Michael Richards, Ryan McKinney, Jimmy Lester, Nancy Shelnut, and Eric Brown (originally identified as Glenn Brown), through their attorney, have answered and supplied their correct names (Doc. Nos. 7, 73). The Clerk is directed to change the style of the case to reflect the correct names of these Defendants.

IT IS SO ORDERED this 29th day of April, 2013.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE