IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FRED MICHAEL LAMERE,
ADC #100444                                                                                              PLAINTIFF

v.                          Case No. 4:12-cv-00048-KGB-JTK

BRUCE PENNINGTON, et al.                                                                      DEFENDANTS

## ORDER

Based upon all counsels' representations to this Court, this case is removed from the trial calendar for the week of September 16, 2013.

IT IS SO ORDERED this 11th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE