# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**FRED MICHAEL LAMERE,**
**ADC #100444**                                                                                 **PLAINTIFF**

v.                            **Case No. 4:12-cv-00048-KGB-JTK**

**BRUCE PENNINGTON, et al.**                                                **DEFENDANTS**

### ORDER

Before the Court is the parties' stipulation for dismissal (Dkt. No. 134). Therefore, the Court finds that this case should be dismissed with prejudice.

IT IS THEREFORE ORDERED that the complaint and all claims in this action against defendants are hereby dismissed with prejudice.

IT IS SO ORDERED this 19th day of September, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE